United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ARREDONDO,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No.  25-cv-08771-EKL (SVK)

**ORDER RE CONFLICT DISCLOSURE**

It has recently come to the Court's attention that from the period January 1, 2026 to April 13, 2026 the undersigned had a conflict of interest in this matter.  That conflict has now been resolved and no longer exists.  During this time period, the undersigned did not work on this matter and issued no orders.  **Within seven days of the date of this Order**, any Party may file a Notice of Objection referring to this Order.  No other basis for objection is required.  If a Notice of Objection is filed, the undersigned will recuse from this matter.  The case will be reassigned to a discovery referral judge.

**SO ORDERED.**

Dated: April 15, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge